DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 287P16 | State v. Arvin Roscoe Hayes | 1. State's Motion for Temporary Stay (COA16-207) | 1. Allowed **08/05/2016** Dissolved **08/31/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied **08/31/2016** |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied **08/31/2016** |
| | | 4. Def's Motion to Modify Temporary Stay | 4. Dismissed as moot **08/31/2016** |
| 288P16 | The Town of Beech Mountain v. John Milligan and wife, Sharon Milligan | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1267) | Denied |
| 292P13-2 | State v. Jose Ismael-Ruiz Zuniga | 1. Def's *Pro Se* Motion for Petition for Writ of Error | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 299P16 | State v. Robert Craig Barbee | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP16-542) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 300P16 | Ninti El Bey v. County of Mecklenburg, Register of Deeds David Granberry, Official and Individual Capacity | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County | Dismissed |
| 301P16 | Michael Anthony Taylor v. Ola Mae Lewis, Senior Resident Superior Court Judge of Brunswick County | 1. Petitioner's *Pro Se* Motion for Notice of Appeal (COAP16-462) | 1. Dismissed *ex mero motu* **09/02/2016** |
| | | 2. Petitioner's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot **09/02/2016** |
| 308P16 | State v. Robert William Ashworth | 1. State's Motion for Temporary Stay (COA15-1279) | 1. Allowed **08/22/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 315P16 | State v. Rodney Maurice Lutz | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1081) | Denied |